

COURT OF APPEALS FOR THE
**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       In re John Anthony Buchanan

Appellate case number:   01-21-00336-CR

Trial court case number:  1618854

Trial court:                     179th District Court of Harris County

Date motion filed:           October 18, 2021

Party filing motion:         Relator


It is ordered that the motion for en banc reconsideration is **denied**. *See* TEX. R. APP. P. 49.7.


Judge's signature: _____/s/ Sherry Radack_____
                              Acting for the Court

En banc Court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra and Farris.


Date: _____November 4, 2021_____